IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ALICE B. SONERA CRUZ,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | CIVIL NO. 21-1398 (GLS) |

**ORDER**

  Plaintiff Alice B. Sonera Cruz filed a Complaint seeking review of a final decision of the Commissioner of Social Security denying her application for disability insurance benefits. Docket No. 1. The Commissioner filed the transcript of proceedings (Docket No. 23) and Plaintiff filed a motion requesting reversal of the Commissioner's decision. Docket No. 25. The Commissioner has moved the Court to enter an order reversing its final decision and remanding Plaintiff's case to the Social Security Administration for further proceedings pursuant to sentence four of 42 U.S.C. §405(g). Docket No. 27. Pursuant to the Commissioner, remand is warranted to offer Plaintiff the opportunity for a new hearing before an Administrative Law Judge, who will supplement vocational evidence, complete the administrative record and issue a new decision. Id. Plaintiff consented to the Commissioner's request. Id.

  The Commissioner's motion is **GRANTED,** and the case is remanded for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. Section 405(g). Judgment to be entered remanding the case to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. Section 405(g).

  **IT IS SO ORDERED.**

  In San Juan, Puerto Rico, this 23rd day of September 2022.

s/Giselle López Soler<br>
GISELLE LOPEZ SOLER<br>
United States Magistrate Judge